**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tracy SWANSON, Defendant–Appellant.**

No. 09–30332.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.*

Filed June 15, 2010.

Timothy John Ohms, USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Karen Suzette Lindholdt, Spokane, WA, for Defendant–Appellant.

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Tracy Swanson appeals from the 48–month sentence imposed following her guilty-plea conviction for conspiracy to utter counterfeit securities of an organization, in violation of 18 U.S.C. §§ 371 and 513. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Swanson contends that the district court procedurally erred by failing to address the nature and circumstance of her offense and her mitigating arguments. The record reflects that the district court considered her arguments and the 18 U.S.C. § 3553(a) factors. *See United States v. Treadwell,* 593 F.3d 990, 1009–14 (9th Cir. 2010).

Contrary to Swanson's other contention, the sentence imposed is substantively reasonable under the totality of the circumstances. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).